1   THOMAS F. KOEGEL (CSB No. 125852)
    tkoegel@crowell.com
2   REBECCA M. SUAREZ (CSB No. 284853)
    rsuarez@crowell.com
3   CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
4   San Francisco, California 94111
    Telephone:  415.986.2800
5   Facsimile:  415.986.2827

6   KATHLEEN TAYLOR SOOY (*pro hac vice* pending)
    ksooy@crowell.com
7   TRACY A. ROMAN (*pro hac vice* pending)
    troman@crowell.com
8   CROWELL & MORING LLP
    1001 Pennsylvania Ave. NW
9   Washington, DC 20004
    Telephone:  202.624.2500
10  Facsimile:  202.628.5116

11  Attorneys for Defendant ARCH COAL, INC.

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
14

15  The COUNTY OF SAN MATEO, individually      Case No. 3:17-cv-04929-MEJ
    and behalf of THE PEOPLE OF THE STATE
16  OF CALIFORNIA,                             **CORPORATE DISCLOSURE
                                               STATEMENT OF DEFENDANT ARCH
17          Plaintiff,                         COAL, INC.**

18          v.                                 Hon. Maria-Elena James

19  CHEVRON CORP.; CHEVRON U.S.A.,             [Removal from the Superior Court of the
    INC. ; EXXONMOBIL CORP ; BP P.L.C. ;       State of California, County of San Mateo,
20  BP AMERICA, INC. ROYAL DUTCH               Case No. 17 CIV 03222]
    SHELL PLC; SHELL OIL PRODUCTS
21  COMPANY LLC; CITGO PETROLEUM               Action Filed: July 17, 2017
    CORP.; CONONCOPHILLIPS;
22  CONOCOPHILLIPS COMPANY; PHILLIPS
    66; PEABODY ENERGY CORP.; TOTAL
23  E&P USA INC; TOTAL SPECIALTIES USA
    INC.; ARCH COAL, INC.; ENI S.p.A.; ENI
24  OIL & GAS INC.; RIO TINTO PLC; RIO
    TINTO LTD.; RIO TINTO ENERGY
25  AMERICA INC.; RIO TINTO MINERALS,
    INC. RIO TINTO SERVICES INC.;
26  STATOIL ASA; ANADARKO PETROLEUM
    CORP;  OCCIDENTAL PETROLEUM
27  CORP.; OCCIDENTAL CHEMICAL CORP.;
    REPSOL S.A.; REPSOL ENERGY NORTH
28  AMERICA CORP.; REPSOL TRADING USA

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CORPORATE DISCLOSURE
STATEMENT OF ARCH COAL, INC;
CASE NO. 3:17-CV-04929-MEJ

| | |
|---|---|
| 1 | CORP. MARATHON OIL COMPANY; MARATHON OIL CORPORATION; |
| 2 | MARATHON PETROLEUM CORP; HESS CORP; DEVON ENERGY CORP; DEVON |
| 3 | ENERGY PRODUCTION COMPANY, L.P.; ENCANA CORP.; APACHE CORP.; and |
| 4 | DOES 1 through 100, inclusive, |
| 5 | Defendants. |

6

7    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

8    record for defendant Arch Coal, Inc. ("Arch") states that Arch is a publicly traded corporation and

9    that it has no corporate parent. No publicly held corporation owns 10% or more of Arch's stock.

10    This certification is filed solely for purposes of complying with the Federal Rules of Civil

11    Procedure and is not intended to operate as an admission of any factual allegation or legal

12    conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or

13    objection, including personal jurisdiction.

14    DATED: September 1, 2017                CROWELL & MORING LLP

15

16                                    By: _/s/ Thomas F. Koegel_
                                          Thomas F. Koegel
17                                        Kathleen Taylor Sooy
                                          Tracy A. Roman
18                                        Rebecca M. Suarez

19                                        Attorneys for Defendant
                                          ARCH COAL, INC.

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

CORPORATE DISCLOSURE
STATEMENT OF ARCH COAL, INC;
CASE NO. 3:17-CV-04929-MEJ

## CERTIFICATE OF SERVICE

I, William H. Morris, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3 Embarcadero Center, 26th Floor, San Francisco, California 94111, in said County and State.

I hereby certify that on September 1, 2017, I enclosed this document in a sealed envelope with postage fully paid and addressed to the persons listed below. I placed the envelope for collection and mailing following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

Pursuant to Local Rule 5-1(h)(1), service of parties who are represented by registered ECF users will be effected by the electronic filing of this document with the Court's ECF system and the transmission by the ECF system of notices to those registered ECF users.

| | |
|---|---|
| Joy C. Fuhr<br>Greg Evans<br>McGUIRE WOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Tel: (804) 775-3916 | Attorneys for Defendants Devon Energy Corp.: Devon Energy Production Co., L.P. |
| Michael F. Healy<br>Michael Fox<br>SEDGWICK LLP<br>333 Bush Street, 30th Floor<br>San Francisco, Ca 94104-2834<br>Tel: (415) 627-1473 | Attorneys for Defendant Encana Corp. |
| David Cranston<br>GREENBERG GLUSKER FIELDS CLAMAN &<br>MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90068<br>Tel: (310) 785-6897 | Attorneys for Defendants Eni S.p.A, Eni Oil & Gas Inc. |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

CORPORATE DISCLOSURE
STATEMENT OF ARCH COAL, INC;
CASE NO. 3:17-CV-04929-MEJ

| | |
|---|---|
| Carol M. Wood<br>KING & SPALDING<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002<br>Tel: (713) 751-3209 | Attorneys for Defendants Conoco Phillips, Conoco Philips Co.; Phillps66 |
| Jonathan W. Hughes<br>ARNOLD & PORTER KEYA SCHOLER<br>Three Embarcadero Center, 10th Fl<br>Tel: (212) 836-7199 | Attorneys for Defendants BP PLC BP America, Inc. |
| Patrick W. Mizell<br>VINSON & ELKINS LLP<br>1001 Fannin St., Suite 2500<br>Houston, TX 77002<br>Tel: (713) 758-2932 | Attorneys for Defendant Apache Corporation |
| Jaren Janghorbani<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York NY 10019-6064<br>Tel: (212) 373-3211 | Attorneys for Defendant EXXONMobil Corp. |
| Dawn Sestito<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 430-6352 | Attorneys for Defendant EXXONMobil Corp. |
| Shawn Regan<br>Ann Marie Mortimer<br>HUNTON & WILLIAMS LLP<br>200 Park Ave., 52nd Floor<br>New York, NY 10166 | Attorneys for Defendant Marathon Petroleum Corp. |
| Matthew R. Stammel<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>Tel: (214) 220-7776<br>//<br>//<br>//<br>//<br>// | Attorneys for Defendant Occidental Petroleum Corp., Occidental Chemical Corp. |

CROWELL<br>& MORING LLP<br>ATTORNEYS AT LAW

| | |
|---|---|
| William M. Sloan<br>Jessica Grant<br>VENABLE LLP<br>505 Montgomery St., Suite 1400<br>San Francisco, CA  94111<br>Tel: (415) 343-4490 | Attorneys for Defendant Peabody Energy Corporation |
| Andrew A. Kassof<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654 | Attorneys for Defendants Rio Tinto PLD, Rio Tinto Ltd, Rio Tinto energy America Inc., Rio Tinto Minerals, Inc. Rio Tinto Services Inc. |
| Daniel P. Collins<br>Jerry Roth<br>MUNGER TOLLES & OLSON LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, CA  90071 | Attorneys for Defendants Royal Dutch Shell PLC, Shell Oil Products Co., LLC |
| David Frederick<br>Brendan Crimmins<br>KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC<br>Sumner Square<br>1615 M Street, N.W. Suite 400<br>Washington, DC 20036 | Attorneys for Defendants Royal Dutch Shell PLC, Shell Oil Products Co., LLC |
| Paul D. Clement<br>Andy Clubock<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.w.<br>Washington, D.C. 20005-5793 | Attorneys for Defendants total E&P USA Inc., Total Specialties USA Inc. |

DATED:  September 1, 2017

_____
William H. Morris