THOMAS F. KOEGEL (CSB No. 125852)
tkoegel@crowell.com
REBECCA M. SUAREZ (CSB No. 284853)
rsuarez@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

KATHLEEN TAYLOR SOOY (*pro hac vice* pending)
ksooy@crowell.com
TRACY A. ROMAN (*pro hac vice* pending)
troman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendant ARCH COAL, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| The COUNTY OF SAN MATEO, individually and behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP.; CHEVRON U.S.A., INC. ; EXXONMOBIL CORP ; BP P.L.C. ; BP AMERICA, INC. ROYAL DUTCH SHELL PLC; SHELL OIL PRODUCTS COMPANY LLC; CITGO PETROLEUM CORP; CONONCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PEABODY ENERGY CORP.; TOTAL E&P USA INC; TOTAL SPECIALTIES USA INC.; ARCH COAL, INC.; ENI S.p.A.; ENI OIL & GAS INC.; RIO TINTO PLC; RIO TINTO LTD.; RIO TINTO ENERGY AMERICA INC.; RIO TINTO MINERALS, INC. RIO TINTO SERVICES INC.; STATOIL ASA; ANADARKO PETROLEUM CORP; OCCIDENTAL PETROLEUM CORP.; OCCIDENTAL CHEMICAL CORP.; REPSOL S.A.; REPSOL ENERGY NORTH AMERICA CORP.; REPSOL TRADING USA | Case No. 3:17-cv-04929-MEJ<br><br>**CERTIFICATION OF INTERESTED PARTIES OF ARCH COAL, INC.**<br><br>Hon. Maria-Elena James<br><br>[Removal from the Superior Court of the State of California, County of San Mateo, Case No. 17 CIV 03222]<br><br>Action Filed: July 17, 2017 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CERTIFICATION OF INTERESTED
PARTIES OF ARCH COAL, INC.;
CASE NO. 3:17-CV-04929-MEJ

| | |
|---|---|
| 1 | CORP. MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORP; HESS CORP; DEVON ENERGY CORP; DEVON ENERGY PRODUCTION COMPANY, L.P.; ENCANA CORP.; APACHE CORP.; and DOES 1 through 100, inclusive, |
| | Defendants. |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

This certification is filed solely for purposes of complying with the Local Rules and is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction or failure to join an indispensable party.

DATED: September 1, 2017            CROWELL & MORING LLP

By: */s/ Thomas F. Koegel*
Thomas F. Koegel
Kathleen Taylor Sooy
Tracy A. Roman
Rebecca M. Suarez

Attorneys for Defendant
ARCH COAL, INC.

# CERTIFICATE OF SERVICE

I, William H. Morris, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3 Embarcadero Center, 26th Floor, San Francisco, California 94111, in said County and State.

I hereby certify that on September 1, 2017, I enclosed this document in a sealed envelope with postage fully paid and addressed to the persons listed below. I placed the envelope for collection and mailing following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

Pursuant to Local Rule 5-1(h)(1), service of parties who are represented by registered ECF users will be effected by the electronic filing of this document with the Court's ECF system and the transmission by the ECF system of notices to those registered ECF users.

| | |
|---|---|
| Joy C. Fuhr<br>Greg Evans<br>McGUIRE WOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA  23219-3916<br>Tel: (804) 775-3916 | Attorneys for Defendants Devon Energy Corp.: Devon Energy Production Co., L.P. |
| Michael F. Healy<br>Michael Fox<br>SEDGWICK LLP<br>333 Bush Street, 30th Floor<br>San Francisco, Ca  94104-2834<br>Tel: (415) 627-1473 | Attorneys for Defendant Encana Corp. |
| David Cranston<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA  90068<br>Tel: (310) 785-6897 | Attorneys for Defendants Eni S.p.A, Eni Oil & Gas Inc. |

| | | |
|---|---|---|
| 1 | Carol M. Wood<br>KING & SPALDING<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002<br>Tel: (713) 751-3209 | Attorneys for Defendants Conoco Phillips, Conoco Philips Co.; Phillps66 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Jonathan W. Hughes<br>ARNOLD & PORTER KEYA SCHOLER<br>Three Embarcadero Center, 10th Fl<br>Tel: (212) 836-7199 | Attorneys for Defendants BP PLC BP America, Inc. |
| 6 | | |
| 7 | | |
| 8 | Patrick W. Mizell<br>VINSON & ELKINS LLP<br>1001 Fannin St., Suite 2500<br>Houston, TX 77002<br>Tel: (713) 758-2932 | Attorneys for Defendant Apache Corporation |
| 9 | | |
| 10 | | |
| 11 | Jaren Janghorbani<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York NY 10019-6064<br>Tel: (212) 373-3211 | Attorneys for Defendant EXXONMobil Corp. |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Dawn Sestito<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 430-6352 | Attorneys for Defendant EXXONMobil Corp. |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Shawn Regan<br>Ann Marie Mortimer<br>HUNTON & WILLIAMS LLP<br>200 Park Ave., 52nd Floor<br>New York, NY 10166 | Attorneys for Defendant Marathon Petroleum Corp. |
| 20 | | |
| 21 | | |
| 22 | Matthew R. Stammel<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>Tel: (214) 220-7776<br>//<br>//<br>//<br>//<br>// | Attorneys for Defendant Occidental Petroleum Corp., Occidental Chemical Corp. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

CERTIFICATION OF INTERESTED PARTIES OF ARCH COAL, INC.;
CASE NO. 3:17-CV-04929-MEJ

| | | |
|---|---|---|
| 1 | William M. Sloan | Attorneys for Defendant Peabody Energy Corporation |
| 2 | Jessica Grant | |
| | VENABLE LLP | |
| 3 | 505 Montgomery St., Suite 1400 | |
| | San Francisco, CA 94111 | |
| 4 | Tel: (415) 343-4490 | |
| 5 | Andrew A. Kassof | Attorneys for Defendants Rio Tinto PLD, Rio Tinto Ltd, Rio Tinto energy America Inc., Rio Tinto Minerals, Inc. Rio Tinto Services Inc. |
| 6 | KIRKLAND & ELLIS LLP | |
| | 300 North LaSalle | |
| 7 | Chicago, IL 60654 | |
| 8 | Daniel P. Collins | Attorneys for Defendants Royal Dutch Shell PLC, Shell Oil Products Co., LLC |
| | Jerry Roth | |
| 9 | MUNGER TOLLES & OLSON LLP | |
| 10 | 350 South Grand Ave., 50th Floor | |
| | Los Angeles, CA 90071 | |
| 11 | | |
| 12 | David Frederick | Attorneys for Defendants Royal Dutch Shell PLC, Shell Oil Products Co., LLC |
| | Brendan Crimmins | |
| 13 | KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC | |
| 14 | Sumner Square | |
| | 1615 M Street, N.W. Suite 400 | |
| 15 | Washington, DC 20036 | |
| 16 | Paul D. Clement | Attorneys for Defendants total E&P USA Inc., Total Specialties USA Inc. |
| 17 | Andy Clubock | |
| | KIRKLAND & ELLIS LLP | |
| 18 | 655 Fifteenth Street, N.w. | |
| | Washington, D.C. 20005-5793 | |
| 19 | | |

20  DATED: September 1, 2017

_____

William H. Morris