Theodore J. Boutrous, Jr. (SBN 132099)
  tboutrous@gibsondunn.com
Andrea E. Neuman (SBN 149733)
  aneuman@gibsondunn.com
William E. Thomson (SBN 187912)
  wthomson@gibsondunn.com
Ethan D. Dettmer (SBN 196046)
  edettmer@gibsondunn.com
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

Neal S. Manne (SBN 94101)
  nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice*)
  jcarter@susmangodfrey.com
Erica Harris (*pro hac vice* pending)
  eharris@susmangodfrey.com
Steven Shepard (*pro hac vice*)
  sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666

Attorneys for Defendants CHEVRON
CORPORATION and CHEVRON U.S.A., INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| The COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | First Filed Case:  No. 3:17-cv-4929-VC<br>Related Case:      No. 3:17-cv-4934-VC<br>Related Case:      No. 3:17-cv-4935-VC<br><br>**DEFENDANTS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>CASE NO. 3:17-CV-4929-VC |

| | |
|---|---|
| The CITY OF IMPERIAL BEACH, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. 3:17-CV-4934-VC |
| Plaintiff, | |
| v. | |
| CHEVRON CORP., et al., | |
| Defendants. | |
| The COUNTY OF MARIN, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. 3:17-CV-4935-VC |
| Plaintiff, | |
| v. | |
| CHEVRON CORP., et al., | |
| Defendants. | |

[*Additional Counsel Listed on Signature Page*]

### NOTICE OF APPEAL[*]

Pursuant to 28 U.S.C. §§ 1291 and 1447(d), notice is hereby given that Defendants in the above-named cases hereby appeal to the United States Court of Appeals for the Ninth Circuit from the orders entered on March 16, 2018 granting Plaintiffs' motions to remand these actions to state court.  *See* 3:17-cv-04929, ECF No. 223; 3:17-cv-04934, ECF No. 207; 3:17-cv-04935, ECF No. 208.  Defendants removed these cases from state court pursuant to, *inter alia*, 28 U.S.C. § 1442 (the federal officer removal statute).  *See*, *e.g.*, No. 17-cv-04929, ECF No. 1 at 1.  Although Section 1447(d) generally prohibits appellate review of remand orders, it provides that "an order remanding a case to the State court from which it was removed pursuant to section 1442 or 1443 of this title shall be reviewable by appeal or otherwise."  28 U.S.C. § 1447(d).  Accordingly, the Court of Appeals has jurisdiction to review the district court's remand order, which concluded, *inter alia*, that removal was not warranted under the federal officer removal statute.  No. 17-cv-04929, ECF No. 223 at 5.  In addition, because section 1447(d) expressly authorizes review of the *order* remanding these actions to state court, the Court of Appeals may review the *entire order* to determine whether removal was proper under any of Defendants' other grounds of removal.

March 26, 2018                                        Respectfully submitted,

By: */s/ Jonathan W. Hughes*                   By: **\*\**/s/ Theodore J. Boutrous*

Jonathan W. Hughes (SBN 186829)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail:  jonathan.hughes@apks.com

Theodore J. Boutrous, Jr. (SBN 132099)
Andrea E. Neuman (SBN 149733)
William E. Thomson (SBN 187912)
Ethan D. Dettmer (SBN 196046)
Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail:  tboutrous@gibsondunn.com
E-mail:  aneuman@gibsondunn.com
E-mail:  wthomson@gibsondunn.com
E-mail:  edettmer@gibsondunn.com
E-mail:  jlipshutz@gibsondunn.com

---

[*] This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

Gibson, Dunn &
Crutcher LLP

1

2
Matthew T. Heartney (SBN 123516)
John D. Lombardo (SBN 187142)
3
ARNOLD & PORTER KAYE SCHOLER
LLP
4
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
5
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
6
E-mail:  matthew.heartney@apks.com
E-mail:  john.lombardo@apks.com
7

8
Philip H. Curtis (*pro hac vice*)
Nancy Milburn (*pro hac vice*)
9
ARNOLD & PORTER KAYE SCHOLER
LLP
10
250 West 55th Street
New York, NY 10019-9710
11
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
12
E-mail:  philip.curtis@apks.com
E-mail:  nancy.milburn@apks.com
13

14
*Attorneys for Defendants BP P.L.C. and*
*BP AMERICA, INC.*

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
E-mail:  hstern@sgklaw.com
E-mail:  jsilverstein@sgklaw.com

Neal S. Manne (SBN 94101)
Johnny W. Carter (*pro hac vice*)
Erica Harris (*pro hac vice*)
Steven Shepard (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-mail:  nmanne@susmangodfrey.com
E-mail:  jcarter@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com
E-mail:  sshepard@susmangodfrey.com

*Attorneys for Defendants CHEVRON CORP.*
*and CHEVRON U.S.A., INC.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from all other signatories

Gibson, Dunn &
Crutcher LLP

By: /s/ Nicholas A. Miller-Stratton

Megan R. Nishikawa (SBN 271670)
Nicholas A. Miller-Stratton (SBN 319240)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email:  mnishikawa@kslaw.com
Email:  nstratton@kslaw.com

Tracie J. Renfroe (*pro hac vice*)
Carol M. Wood (*pro hac vice*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
Email:  trenfroe@kslaw.com
Email:  cwood@kslaw.com

Justin A. Torres (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4707
Telephone: (202) 737 0500
Facsimile: (202) 626 3737
Email: jtorres@kslaw.com

*Attorneys for Defendants*
*CONOCOPHILLIPS and CONOCOPHIL-*
*LIPS COMPANY*

By: /s/ Dawn Sestito

M. Randall Oppenheimer (SBN 77649)
Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Jaren E. Janghorbani (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail:  twells@paulweiss.com
E-Mail:  dtoal@paulweiss.com
E-Mail: jjanghorbani@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*

3

1    By: */s/ Daniel P. Collins*

2    Daniel P. Collins (SBN 139164)
     MUNGER, TOLLES & OLSON LLP
3    350 South Grand Avenue
     Fiftieth Floor
4    Los Angeles, California 90071-3426
     Telephone: (213) 683-9100
5    Facsimile: (213) 687-3702
     E-mail: daniel.collins@mto.com
6
     Jerome C. Roth (SBN 159483)
7    Elizabeth A. Kim (SBN 295277)
     MUNGER, TOLLES & OLSON LLP
8    560 Mission Street
     Twenty-Seventh Floor
9    San Francisco, California 94105-2907
     Telephone: (415) 512-4000
10   Facsimile: (415) 512-4077
     E-mail: jerome.roth@mto.com
11   E-mail: elizabeth.kim@mto.com

12   David C. Frederick (*pro hac vice*)
     Brendan J. Crimmins (*pro hac vice*)
13   KELLOGG, HANSEN, TODD, FIGEL &
     FREDERICK, P.L.L.C.
14   1615 M Street, N.W., Suite 400
     Washington, D.C. 20036
15   Telephone: (202) 326-7900
     Facsimile: (202) 326-7999
16   E-mail: dfrederick@kellogghansen.com
     E-mail: bcrimmins@kellogghansen.com
17

18   *Attorneys for Defendants ROYAL DUTCH
     SHELL PLC and SHELL OIL PRODUCTS
19   COMPANY LLC*

20

21

22

23

24

25

26

27

28

By: */s/ Bryan M. Killian*

Bryan M. Killian (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 373-6191
E-mail: bryan.killian@morganlewis.com

James J. Dragna (SBN 91492)
Yardena R. Zwang-Weissman (SBN 247111)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 680-6436
E-Mail: jim.dragna@morganlewis.com
E-mail: yardena.zwang-
weissman@morganlewis.com

*Attorneys for Defendant
ANADARKO PETROLEUM CORPORATION*

1

By: */s/ Thomas F. Koegel*       

2

Thomas F. Koegel, SBN 125852
CROWELL & MORING LLP

3

Three Embarcadero Center, 26th Floor
San Francisco, CA 94111

4

Telephone: (415) 986-2800
Facsimile: (415) 986-2827

5

E-mail: tkoegel@crowell.com

6

Kathleen Taylor Sooy (*pro hac vice*)
Tracy A. Roman (*pro hac vice*)

7

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW

8

Washington, DC 20004
Telephone: (202) 624-2500

9

Facsimile: (202) 628-5116
E-mail: ksooy@crowell.com

10

E-mail: troman@crowell.com

11

*Attorneys for Defendant*
*ARCH COAL, INC.*

12

13

By: */s/ William M. Sloan*       

14

William M. Sloan (CA SBN 203583)
Jessica L. Grant (CA SBN 178138)

15

VENABLE LLP
505 Montgomery St, Suite 1400

16

San Francisco, CA 94111
Telephone: (415) 653-3750

17

Facsimile: (415) 653-3755
E-mail: WMSloan@venable.com

18

Email: JGrant@venable.com

19

*Attorneys for Defendant*
*PEABODY ENERGY CORPORATION*

20

21

22

23

24

25

26

27

28

By: */s/ Patrick W. Mizell*       

Mortimer Hartwell (SBN 154556)
VINSON & ELKINS LLP
555 Mission Street Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6930
E-mail: mhartwell@velaw.com

Patrick W. Mizell (*pro hac vice*)
Deborah C. Milner (*pro hac vice*)
VINSON & ELKINS LLP
1001 Fannin Suite 2300
Houston, TX 77002
Telephone: (713) 758-2932
E-mail: pmizell@velaw.com
E-mail: cmilner@velaw.com

*Attorneys for Defendant*
*APACHE CORPORATION*

By: */s/ Andrew A. Kassof*       

Mark McKane, P.C. (SBN 230552)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: mark.mckane@kirkland.com

Andrew A. Kassof, P.C. (*pro hac vice*)
Brenton Rogers (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.kassof@kirkland.com
E-mail: brenton.rogers@kirkland.com

*Attorneys for Defendants*
*RIO TINTO ENERGY AMERICA INC., RIO TINTO MINERALS, INC., and RIO TINTO SERVICES INC.*

| | | |
|---|---|---|
| 1 | By: /s/ Gregory Evans | By: /s/ Andrew McGaan |
| 2 | Gregory Evans (SBN 147623) | Christopher W. Keegan (SBN 232045) |
| | MCGUIREWOODS LLP | KIRKLAND & ELLIS LLP |
| 3 | Wells Fargo Center | 555 California Street |
| | South Tower | San Francisco, California  94104 |
| 4 | 355 S. Grand Avenue, Suite 4200 | Telephone: (415) 439-1400 |
| | Los Angeles, CA 90071-3103 | Facsimile: (415) 439-1500 |
| 5 | Telephone: (213) 457-9844 | E-mail: chris.keegan@kirkland.com |
| | Facsimile: (213) 457-9888 | |
| 6 | E-mail: gevans@mcguirewoods.com | Andrew R. McGaan, P.C. (*pro hac vice*) |
| | | KIRKLAND & ELLIS LLP |
| 7 | Steven R. Williams (*pro hac vice*) | 300 North LaSalle |
| | Brian D. Schmalzbach (*pro hac vice*) | Chicago, Illinois 60654 |
| 8 | MCGUIREWOODS LLP | Telephone: (312) 862-2000 |
| | 800 East Canal Street | Facsimile: (312) 862-2200 |
| 9 | Richmond, VA 23219-3916 | E-mail: andrew.mcgaan@kirkland.com |
| | Telephone:  (804) 775-1141 | |
| 10 | Facsimile:  (804) 698-2208 | Anna G. Rotman, P.C. (*pro hac vice*) |
| | E-mail: srwilliams@mcguirewoods.com | KIRKLAND & ELLIS LLP |
| 11 | E-mail: bschmalzbach@mcguirewoods.com | 609 Main Street |
| | | Houston, Texas 77002 |
| 12 | *Attorneys for Defendants* | Telephone: (713) 836-3600 |
| | *DEVON ENERGY CORPORATION and* | Facsimile: (713) 836-3601 |
| 13 | *DEVON ENERGY PRODUCTION COM-* | E-mail: anna.rotman@kirkland.com |
| | *PANY, L.P.* | |
| 14 | | Bryan D. Rohm (*pro hac vice*) |
| | | TOTAL E&P USA, INC. |
| 15 | | 1201 Louisiana Street, Suite 1800 |
| | | Houston, TX 77002 |
| 16 | | Telephone: (713) 647-3420 |
| | | E-mail: bryan.rohm@total.com |
| 17 | | |
| 18 | | *Attorneys for Defendants* |
| | | *TOTAL E&P USA INC. and TOTAL SPE-* |
| 19 | | *CIALTIES USA INC.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Gibson, Dunn &
Crutcher LLP

DEFENDANTS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT
CASE NOS. 3:17-CV-4929-VC, 3:17-CV-4934-VC, 3:17-CV-4935-VC

1    By: */s/ Michael F. Healy*                By: */s/ Peter Duchesneau*

2    Michael F. Healy (SBN 95098)              Craig A. Moyer (SBN 094187)
     SHOOK HARDY & BACON LLP                   Peter Duchesneau (SBN 168917)
3    One Montgomery St., Suite 2700            Benjamin G. Shatz (SBN 160229)
     San Francisco, CA 94104                   MANATT, PHELPS & PHILLIPS, LLP
4    Telephone:  (415) 544-1942                11355 West Olympic Boulevard
     E-mail:  mfhealy@shb.com                  Los Angeles, CA  90064-1614
5                                              Telephone:  (310) 312-4000
     Michael L. Fox (SBN 173355)               Facsimile:  (310) 312-4224
6    DUANE MORRIS LLP                          E-mail:  cmoyer@manatt.com
     Spear Tower                               E-mail:  pduchesneau@manatt.com
7    One Market Plaza, Suite 2200              E-mail:  bshatz@manatt.com
     San Francisco, CA 94105-1127
8    Telephone: (415) 781-7900                 Stephanie A. Roeser (SBN 306343)
     E-mail:  MLFox@duanemorris.com            MANATT, PHELPS & PHILLIPS, LLP
9                                              One Embarcadero Center, 30th Floor
     *Attorneys for Defendant*                 San Francisco, CA 94111
10   *ENCANA CORPORATION*                      Telephone:  (415) 291-7400
                                               Facsimile:  (415) 291-7474
11                                             E-mail:  sroeser@manatt.com

12                                             *Attorneys for Defendant*
                                               *CITGO PETROLEUM CORPORATION*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1  By: /s/ J. Scott Janoe _____

By: /s/ Steven M. Bauer _____

2  Christopher J. Carr (SBN 184076)
Jonathan A. Shapiro (SBN 257199)
3  BAKER BOTTS L.L.P.
101 California Street
4  36th Floor, Suite 3600
San Francisco, California 94111
5  Telephone: (415) 291-6200
Facsimile: (415) 291-6300
6  Email: chris.carr@bakerbotts.com
Email: jonathan.shapiro@bakerbotts.com
7

Steven M. Bauer (SBN 135067)
Margaret A. Tough (SBN 218056)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendant*
*PHILLIPS 66*

8  Scott Janoe (*pro hac vice*)
BAKER BOTTS L.L.P.
9  910 Louisiana Street
Houston, Texas 77002
10  Telephone: (713) 229-1553
Facsimile: (713) 229 7953
11  Email: scott.janoe@bakerbotts.com

12  Evan Young (*pro hac vice*)
BAKER BOTTS L.L.P.
13  98 San Jacinto Boulevard
Austin, Texas 78701
14  Telephone: (512) 322-2506
Facsimile: (512) 322-8306
15  Email: evan.young@bakerbotts.com

16  Megan Berge (*pro hac vice*)
BAKER BOTTS L.L.P.
17  1299 Pennsylvania Ave, NW
Washington, D.C. 20004
18  Telephone: (202) 639-7700
Facsimile: (202) 639-1171
19  Email: megan.berge@bakerbotts.com

20  *Attorneys for Defendants*
*HESS CORPORATION, MARATHON OIL*
*COMPANY, MARATHON OIL CORPORA-*
21  *TION, REPSOL ENERGY NORTH AMERICA*
*CORP., and REPSOL TRADING USA CORP.*

Gibson, Dunn &
Crutcher LLP

1   By: */s/ Marc A. Fuller*                    By: */s/ David E. Cranston*

2   Marc A. Fuller (SBN 225462)                 David E. Cranston (SBN 122558)
    Matthew R. Stammel (*pro hac vice*)         GREENBERG GLUSKER FIELDS
3   VINSON & ELKINS L.L.P.                       CLAMAN & MACHTINGER LLP
    2001 Ross Avenue, Suite 3700                1900 Avenue of the Stars, 21st Floor, Los An-
4   Dallas, TX  75201-2975                      geles, CA 90067
    Telephone: (214) 220-7881                   Telephone: (310) 785-6897
5   Facsimile: (214) 999-7881                   Facsimile: (310) 201-2361
    E-mail: mfuller@velaw.com                   E-mail: DCranston@greenbergglusker.com
6   E-mail: mstammel@velaw.com

7   Stephen C. Lewis (SBN 66590)                *Attorneys for Defendant*
    R. Morgan Gilhuly (SBN 133659)              *ENI OIL & GAS INC.*
8   BARG COFFIN LEWIS & TRAPP, LLP
    350 California Street, 22nd Floor
9   San Francisco, California 94104-1435
    Telephone: (415) 228-5400
10  Facsimile: (415) 228-5450
    E-mail: slewis@bargcoffin.com
11  E-mail: mgilhuly@bargcoffin.com

12  *Attorneys for Defendants*
    *OCCIDENTAL PETROLEUM CORP. and*
13  *OCCIDENTAL CHEMICAL CORP.*

14

15

16

17  By: */s/ Shannon S. Broome*

18
    Shannon S. Broome (SBN 150119)
19  Ann Marie Mortimer (SBN 169077)
    HUNTON & WILLIAMS LLP
20  50 California Street, Suite 1700
    San Francisco, CA 94111
21  Telephone: (415) 975-3700
    Facsimile: (415).975-3701
22  E-mail: sbroome@hunton.com
    E-mail: amortimer@hunton.com
23
    Shawn Patrick Regan (pro hac vice)
24  HUNTON & WILLIAMS LLP
    200 Park Avenue
25  New York, NY   10166-0136
    Telephone: (212) 309-1000
26  Facsimile: (212) 309-1100
    E-mail: sregan@hunton.com
27
    *Attorneys for Defendant*
28  *MARATHON PETROLEUM CORPORATION*

1

**REPRESENTATION STATEMENT**

2          Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rules 3-2(b)

3   and 12-2, Defendants submit this Representation Statement.  The following list identifies all parties

4   to the action, and also identifies their respective counsel by name, firm, address, telephone number,

5   and email, where appropriate.

6

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee The COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA | David Abraham Silberman<br>John C. Beiers<br>Margaret Victoria Tides<br>Paul Akira Okada<br>San Mateo County Counsel's Office<br>Hall of Justice and Records<br>400 County Center<br>6th Floor<br>Redwood City, CA 94063<br>650-363-4749<br>650-363-4775<br>650-599-1338<br>650-363-4761<br>Fax: 650-363-4034<br>Email: dsilberman@co.sanmateo.ca.us<br>Email: jbeiers@co.sanmateo.ca.us<br>Email: mtides@smcgov.org<br>Email: pokada@co.sanmateo.ca.us<br><br>Martin Daniel Quinones<br>Tycko & Zavareei, LLP<br>483 Ninth Street Suite 200<br>Oakland, CA 94607<br>510-254-6808<br>Email: marty@sheredling.com<br><br>Matthew Kendall Edling<br>Timothy Robin Sloane<br>Victor Marc Sher<br>Sher Edling LLP<br>425 California St<br>Suite 810<br>San Francisco, CA 94104<br>628-231-2500<br>Fax: (628) 231-2929<br>Email: matt@sheredling.com<br>Email: tim@sheredling.com<br>Email: vic@sheredling.com |

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| Plaintiff-Appellee The CITY OF IMPERIAL BEACH, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA | Jennifer Marguerite Lyon<br>Steven Eugene Boehmer<br>McDougal Love et al<br>8100 La Mesa Blvd.<br>Suite 200<br>La Mesa, CA 91942<br>619-440-4444<br>Fax: 619-440-4904<br>Email: jlyon@mcdougallove.com<br>Email: sboehmer@mcdougallove.com<br><br>Martin Daniel Quinones<br>Tycko & Zavareei, LLP<br>483 Ninth Street Suite 200<br>Oakland, CA 94607<br>510-254-6808<br>Email: marty@sheredling.com<br><br>Matthew Kendall Edling<br>Timothy Robin Sloane<br>Victor Marc Sher<br>Sher Edling LLP<br>425 California St<br>Suite 810<br>San Francisco, CA 94104<br>628-231-2500<br>Fax: (628) 231-2929<br>Email: matt@sheredling.com<br>Email: tim@sheredling.com<br>Email: vic@sheredling.com |
| Plaintiff-Appellee The COUNTY OF MARIN, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA | Brian Charles Case<br>Brian E. Washington<br>Marin County Counsel<br>3501 Civic Center Drive, Suite 275<br>San Rafael, CA 94903<br>(415) 473-6117<br>Fax: (415) 473-3796<br>Email: bcase@marincounty.org<br>Email: bwashington@marincounty.org<br><br>Martin Daniel Quinones<br>Tycko & Zavareei, LLP<br>483 Ninth Street Suite 200<br>Oakland, CA 94607<br>510-254-6808<br>Email: marty@sheredling.com<br><br>Matthew Kendall Edling<br>Timothy Robin Sloane<br>Victor Marc Sher<br>Sher Edling LLP |

| | 425 California St<br>Suite 810<br>San Francisco, CA 94104<br>628-231-2500<br>Fax: (628) 231-2929<br>Email: matt@sheredling.com<br>Email: tim@sheredling.com<br>Email: vic@sheredling.com |
|---|---|
| Defendant-Appellant Chevron Corp. and Chevron U.S.A., Inc. | Theodore J. Boutrous, Jr. (SBN 132099)<br>Andrea E. Neuman (SBN 149733)<br>William E. Thomson (SBN 187912)<br>Ethan D. Dettmer (SBN 196046)<br>Joshua S. Lipshutz (SBN 242557)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>E-mail:  tboutrous@gibsondunn.com<br>E-mail:  aneuman@gibsondunn.com<br>E-mail:  wthomson@gibsondunn.com<br>E-mail:  edettmer@gibsondunn.com<br>E-mail:  jlipshutz@gibsondunn.com<br><br>Herbert J. Stern (*pro hac vice*)<br>Joel M. Silverstein (*pro hac vice*)<br>STERN & KILCULLEN, LLC<br>325 Columbia Turnpike, Suite 110<br>Florham Park, NJ 07932-0992<br>Telephone: (973) 535-1900<br>Facsimile: (973) 535-9664<br>E-mail:  hstern@sgklaw.com<br>E-mail:  jsilverstein@sgklaw.com<br><br>Neal S. Manne (SBN 94101)<br>Johnny W. Carter (*pro hac vice*)<br>Erica Harris (*pro hac vice*)<br>Steven Shepard (*pro hac vice*)<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>E-mail:  nmanne@susmangodfrey.com<br>E-mail:  jcarter@susmangodfrey.com<br>E-mail:  eharris@susmangodfrey.com<br>E-mail:  sshepard@susmangodfrey.com |
| Defendant-Appellant Royal Dutch Shell PLC and Shell Oil Products Company LLC | Daniel P. Collins (SBN 139164)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>Fiftieth Floor |

| | Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: daniel.collins@mto.com<br><br>Jerome C. Roth (SBN 159483)<br>Elizabeth A. Kim (SBN 295277)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-mail: jerome.roth@mto.com<br>E-mail: elizabeth.kim@mto.com<br><br>David C. Frederick (*pro hac vice*)<br>Brendan J. Crimmins (*pro hac vice*)<br>KELLOGG, HANSEN, TODD, FIGEL &<br>FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: bcrimmins@kellogghansen.com |
| Defendant-Appellant BP P.L.C and BP America, Inc. | Jonathan W. Hughes (SBN 186829)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California  94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>E-mail:  jonathan.hughes@apks.com<br><br>Matthew T. Heartney (SBN 123516)<br>John D. Lombardo (SBN 187142)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>E-mail:  matthew.heartney@apks.com<br>E-mail:  john.lombardo@apks.com<br><br>Philip H. Curtis (*pro hac vice*)<br>Nancy Milburn (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8383<br>Facsimile: (212) 715-1399<br>E-mail:  philip.curtis@apks.com<br>E-mail:  nancy.milburn@apks.com |

| Defendant-Appellant Exxon Mobil Corporation | M. Randall Oppenheimer (SBN 77649)<br>Dawn Sestito (SBN 214011)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California  90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>E-Mail:  roppenheimer@omm.com<br>E-Mail:  dsestito@omm.com<br><br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>Jaren E. Janghorbani (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-Mail:  twells@paulweiss.com<br>E-Mail:  dtoal@paulweiss.com<br>E-Mail: jjanghorbani@paulweiss.com |
| Defendant-Appellant ConocoPhillips and Cono-coPhillips Company | Megan R. Nishikawa (SBN 271670)<br>Nicholas A. Miller-Stratton (SBN 319240)<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, California 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300<br>Email:  mnishikawa@kslaw.com<br>Email:  nstratton@kslaw.com<br><br>Tracie J. Renfroe (*pro hac vice*)<br>Carol M. Wood (*pro hac vice*)<br>KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br>Email:  trenfroe@kslaw.com<br>Email:  cwood@kslaw.com<br><br>Justin A. Torres (*pro hac vice*)<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4707<br>Telephone: (202) 737 0500<br>Facsimile: (202) 626 3737<br>Email: jtorres@kslaw.com |
| Defendant-Appellant Anadarko Petroleum Cor-poration | Bryan M. Killian (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave NW |

Gibson, Dunn &<br>Crutcher LLP

| | |
|---|---|
| | Washington, DC 20004<br>Telephone:  (202) 373-6191<br>E-mail:  bryan.killian@morganlewis.com<br><br>James J. Dragna (SBN 91492)<br>Yardena R. Zwang-Weissman (SBN 247111)<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071-3132<br>Telephone:  (213) 680-6436<br>E-Mail:  jim.dragna@morganlewis.com<br>E-mail:  yardena.zwang-weissman@morganlewis.com |
| Defendant-Appellant Arch Coal, Inc. | Thomas F. Koegel, SBN 125852<br>CROWELL & MORING LLP<br>Three Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br>E-mail: tkoegel@crowell.com<br><br>Kathleen Taylor Sooy (*pro hac vice*)<br>Tracy A. Roman (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>E-mail: ksooy@crowell.com<br>E-mail: troman@crowell.com |
| Defendant-Appellant Apache Corporation | Mortimer Hartwell (SBN 154556)<br>VINSON & ELKINS LLP<br>555 Mission Street Suite 2000<br>San Francisco, CA 94105<br>Telephone: (415) 979-6930<br>E-mail: mhartwell@velaw.com<br><br>Patrick W. Mizell (*pro hac vice*)<br>Deborah C. Milner (*pro hac vice*)<br>VINSON & ELKINS LLP<br>1001 Fannin Suite 2300<br>Houston, TX 77002<br>Telephone: (713) 758-2932<br>E-mail: pmizell@velaw.com<br>E-mail: cmilner@velaw.com |
| Defendant-Appellant Peabody Energy Corporation | William M. Sloan (CA SBN 203583)<br>Jessica L. Grant (CA SBN 178138)<br>VENABLE LLP<br>505 Montgomery St, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 653-3750<br>Facsimile: (415) 653-3755<br>E-mail: WMSloan@venable.com |

Gibson, Dunn & Crutcher LLP

| | Email: JGrant@venable.com |
|---|---|
| Defendant-Appellant Rio Tinto Energy America Inc., Rio Tinto Minerals, Inc., and Rio Tinto Services Inc. | Mark McKane, P.C. (SBN 230552)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>E-mail: mark.mckane@kirkland.com<br><br>Andrew A. Kassof, P.C. (*pro hac vice*)<br>Brenton Rogers (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>E-mail: andrew.kassof@kirkland.com<br>E-mail: brenton.rogers@kirkland.com |
| Defendant-Appellant Devon Energy Corporation and Devon Energy Production Company, L.P. | Gregory Evans (SBN 147623)<br>MCGUIREWOODS LLP<br>Wells Fargo Center<br>South Tower<br>355 S. Grand Avenue, Suite 4200<br>Los Angeles, CA 90071-3103<br>Telephone: (213) 457-9844<br>Facsimile: (213) 457-9888<br>E-mail: gevans@mcguirewoods.com<br><br>Steven R. Williams (*pro hac vice*)<br>Brian D. Schmalzbach (*pro hac vice*)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-1141<br>Facsimile: (804) 698-2208<br>E-mail: srwilliams@mcguirewoods.com<br>E-mail: bschmalzbach@mcguirewoods.com |
| Defendant-Appellant Total E&P USA Inc. and Total Specialties USA Inc. | Christopher W. Keegan (SBN 232045)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>E-mail: chris.keegan@kirkland.com<br><br>Andrew R. McGaan, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>E-mail: andrew.mcgaan@kirkland.com |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| | Anna G. Rotman, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, Texas 77002<br>Telephone: (713) 836-3600<br>Facsimile: (713) 836-3601<br>E-mail: anna.rotman@kirkland.com<br><br>Bryan D. Rohm (*pro hac vice*)<br>TOTAL E&P USA, INC.<br>1201 Louisiana Street, Suite 1800<br>Houston, TX 77002<br>Telephone: (713) 647-3420<br>E-mail: bryan.rohm@total.com |
| Defendant-Appellant Encana Corporation | Michael F. Healy (SBN 95098)<br>SHOOK HARDY & BACON LLP<br>One Montgomery St., Suite 2700<br>San Francisco, CA 94104<br>Telephone:  (415) 544-1942<br>E-mail:  mfhealy@shb.com<br><br>Michael L. Fox (SBN 173355)<br>DUANE MORRIS LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 781-7900<br>E-mail:  MLFox@duanemorris.com |
| Defendant-Appellant Citgo Petroleum Corporation | Craig A. Moyer (SBN 094187)<br>Peter Duchesneau (SBN 168917)<br>Benjamin G. Shatz (SBN 160229)<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA  90064-1614<br>Telephone:  (310) 312-4000<br>Facsimile:  (310) 312-4224<br>E-mail:  cmoyer@manatt.com<br>E-mail:  pduchesneau@manatt.com<br>E-mail:  bshatz@manatt.com<br><br>Stephanie A. Roeser (SBN 306343)<br>MANATT, PHELPS & PHILLIPS, LLP<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 291-7400<br>Facsimile:  (415) 291-7474<br>E-mail:  sroeser@manatt.com |
| Defendant-Appellant Hess Corporation | Christopher J. Carr (SBN 184076)<br>Jonathan A. Shapiro (SBN 257199)<br>BAKER BOTTS L.L.P.<br>101 California Street<br>36th Floor, Suite 3600<br>San Francisco, California 94111 |

DEFENDANTS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT
CASE NOS. 3:17-CV-4929-VC, 3:17-CV-4934-VC, 3:17-CV-4935-VC

Gibson, Dunn &
Crutcher LLP

|  | Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br>Email: chris.carr@bakerbotts.com<br>Email: jonathan.shapiro@bakerbotts.com<br><br>Scott Janoe (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1553<br>Facsimile:  (713) 229 7953<br>Email: scott.janoe@bakerbotts.com<br><br>Evan Young (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard<br>Austin, Texas 78701<br>Telephone: (512) 322-2506<br>Facsimile: (512) 322-8306<br>Email: evan.young@bakerbotts.com<br><br>Megan Berge (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-1171<br>Email: megan.berge@bakerbotts.com |
| Defendant-Appellant Marathon Oil Company and Marathon Oil Corporation | Christopher J. Carr (SBN 184076)<br>Jonathan A. Shapiro (SBN 257199)<br>BAKER BOTTS L.L.P.<br>101 California Street<br>36th Floor, Suite 3600<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br>Email: chris.carr@bakerbotts.com<br>Email: jonathan.shapiro@bakerbotts.com<br><br>Scott Janoe (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1553<br>Facsimile:  (713) 229 7953<br>Email: scott.janoe@bakerbotts.com<br><br>Evan Young (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard<br>Austin, Texas 78701<br>Telephone: (512) 322-2506<br>Facsimile: (512) 322-8306<br>Email: evan.young@bakerbotts.com |

| | |
|---|---|
| | Megan Berge (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-1171<br>Email: megan.berge@bakerbotts.com |
| Defendant-Appellant Repsol Energy North America Corporation, and Repsol Trading USA Corporation. | Christopher J. Carr (SBN 184076)<br>Jonathan A. Shapiro (SBN 257199)<br>BAKER BOTTS L.L.P.<br>101 California Street<br>36th Floor, Suite 3600<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br>Email: chris.carr@bakerbotts.com<br>Email: jonathan.shapiro@bakerbotts.com<br><br>Scott Janoe (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1553<br>Facsimile:  (713) 229 7953<br>Email: scott.janoe@bakerbotts.com<br><br>Evan Young (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard<br>Austin, Texas 78701<br>Telephone: (512) 322-2506<br>Facsimile: (512) 322-8306<br>Email: evan.young@bakerbotts.com<br><br>Megan Berge (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-1171<br>Email: megan.berge@bakerbotts.com |
| Defendant-Appellant Phillips 66 | Steven M. Bauer (SBN 135067)<br>Margaret A. Tough (SBN 218056)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111-6538<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>E-mail:  steven.bauer@lw.com<br>E-mail:  margaret.tough@lw.com |
| Defendant-Appellant Occidental Petroleum | Marc A. Fuller (SBN 225462)<br>Matthew R. Stammel (*pro hac vice*) |

Gibson, Dunn & Crutcher LLP

| Corporation and Occidental Chemical Corporation | VINSON & ELKINS L.L.P.<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>Telephone: (214) 220-7881<br>Facsimile: (214) 999-7881<br>E-mail: mfuller@velaw.com<br>E-mail: mstammel@velaw.com<br><br>Stephen C. Lewis (SBN 66590)<br>R. Morgan Gilhuly (SBN 133659)<br>BARG COFFIN LEWIS & TRAPP, LLP<br>350 California Street, 22nd Floor<br>San Francisco, California 94104-1435<br>Telephone: (415) 228-5400<br>Facsimile: (415) 228-5450<br>E-mail: slewis@bargcoffin.com<br>E-mail: mgilhuly@bargcoffin.com |
| --- | --- |
| Defendant-Appellant Eni Oil & Gas Inc. | David E. Cranston (SBN 122558)<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067<br>Telephone: (310) 785-6897<br>Facsimile: (310) 201-2361<br>E-mail: DCranston@greenbergglusker.com |
| Defendant-Appellant Marathon Petroleum Corporation | Shannon S. Broome (SBN 150119)<br>Ann Marie Mortimer (SBN 169077)<br>HUNTON & WILLIAMS LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>Telephone: (415) 975-3700<br>Facsimile: (415).975-3701<br>E-mail: sbroome@hunton.com<br>E-mail: amortimer@hunton.com<br><br>Shawn Patrick Regan (*pro hac vice*)<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br>E-mail: sregan@hunton.com |

Gibson, Dunn &
Crutcher LLP