|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 22 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California; et al.,

        Plaintiffs-Respondents,

 v.

CHEVRON CORPORATION; et al.,

        Defendants-Petitioners.

No. 18-80049

D.C. Nos.   3:17-cv-04929-VC
                3:17-cv-04934-VC
                3:17-cv-04935-VC
Northern District of California,
San Francisco

ORDER

Before: W. FLETCHER and CALLAHAN, Circuit Judges.

The request to file a reply in support of the petition for permission to appeal (Docket Entry No. 4) is granted. The reply has been filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied. *See Krangel v. Gen. Dynamics Corp.*, 968 F.2d 914 (9th Cir. 1992).

SMR/MOATT