UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>        Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 17-cv-04929-VC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 223, 339 |

      The case is hereby remanded to the Superior Court of the State of California, County of San Mateo. The Clerk is directed to close the case.

      **IT IS SO ORDERED.**

Dated: May 22, 2023

                                                                 VINCE CHHABRIA<br>
                                                                  United States District Judge